

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00200-CR

Fred Douglas **HARRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 599480
Honorable Wayne A. Christian, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 22, 2019.

_____
Luz Elena D. Chapa, Justice